**FILED**

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LACY DAVIS,III, Plainitff,
Fed. Reg. #17348-016
FCI-Fairton-Satellite Camp
P.O. BOX 420
Fairton, New Jersey 08320

07 0201

v.

Civil Action No._____

FEDERAL BUREAU OF PRISONS
320 First Street, N.W.,
Washington, D.C. 20534,

And,

HARLEY LAPPIN, DIRECTOR
Feredal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

MOTION TO PROCEED IN FORMA PAUPERIS IN
ADMINISTRATIVE PROCEDURE ACT CIVIL ACTION

  **NOW COMES**, the Plaintiff Lacy Davis, III, and respectfully moves, pursuant to 28 U.S.C. § 1915, for an Order granting leave to file his Administrative Procedure Act Complaint in *forma pauperis*, without prepayment of costs and fees, and with-

**RECEIVED**

JAN 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

2

out giving security therefor.

    The attached affidavit is filed in support of this motion.

Dated: January 11, 2007

Respectfully Submitted,

LACY DAVIS, III pro se
Fed. Reg.#17348-016

## CERTIFICATE OF SERVICE

This is to certify pursuant to Title 28 U.S.C. § 1746, that I have on this _11th_ day of January 2007, served a copy of the foregoing upon the below-listed party by placing the same in the FCI Fairton Satellite Camp institution prison mail box, addressed as follows:

| | |
|---|---|
| Federal Bureau of Prisons | Harley G. Lappin, Director |
| 320 First Street, N.W. | Federal Bureau of Prisons |
| Washington, D.C. 20534 | 320 First Street |
| | Washington, D.C. 20534 |

*[signature]*
Lacy Davis, III, #17348-016
Plaintiff, Pro se.

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


LACY DAVIS,III, Plaintiff
Fed. Reg.#17348-016
FCI-Fairton-Satellite Camp
P.O. BOX 420
Fairton, New Jersey 08320


v.                                          Civil Action No._____


FEDERAL BUREAU OF PRISONS
320 FIRST STREET,N.W.,
Washington, D.C. 20534,

And,

HARLEY LAPPIN, DIRECTOR,
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534


PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION
FOR LEAVE TO PROCEED IN FORMA PAUPERIS


Lacy Davis,III, being duly sworn, deposes and says:

1). This affidavit is made pursuant to 28 U.S.C. § 1915 in support of my motion to file my Administrative Procedure Act Complaint in forma pauperis.

07 0201

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

2). I am the Plaintiff in this action.

3). I wish to file an Administrative Procedure Act Complaint against the Bureau of Prisons and Harley Lappin for their failure to adhere to 18 U.S.C. § 3621.

4). I believe I am entitled to a reversal of the decision made by the respondent's in denying Plaintiff access to the two remaining components of the Bureau's residential substance abuse treatment program because the Bureau's interpretation of the term "residential substance abuse treatment" violates the statute 18 U.S.C. § 3621 read together as a whole.

5). I am unable to pay the court fees and costs necessary to prosecute my complaint or to give security for their payment.

6). The details of Plaintiff's financial condition can be found in Attachment A of this affidavit.

7. I therefore request leave to prosecute the proposed complaint in forma pauperis.

FURTHER AFFIANT SAYETH NO MORE
STATE OF NEW JERSEY
COUNTY OF CUMBERLAND
Executed On: ___/___1___/___5___/2007.            _____
                                                              Affiant

Subscribed and sworn to before me this 7TH ~~5~~ Day of JANUARY
20 07.
           THOMAS R. LESOSKY                    _____
            NOTARY PUBLIC                        NOTARY PUBLIC
          STATE OF NEW JERSEY
           COMM. ID 2318068
       MY COMMISSION EXPIRES AUG. 9, 2009

-2-

CERTIFICATE OF SERVICE

This is to certify pursuant to Title 28 U.S.C. § 1746, that I have on this  11th  day of January 2007, served a copy of the foregoing upon the below-listed party by placing the same in the FCI Fairton Satellite Camp institution prison mail box, addressed as follows:

| | |
|---|---|
| Federal Bureau of Prisons | Harley G. Lappin, Director |
| 320 First Street, N.W. | Federal Bureau of Prisons |
| Washington, D.C. 20534 | 320 First Street |
| | Washington, D.C. 20534 |

Lacy Davis, III, #17348-016
Plaintiff, Pro se.