FILED
JAN 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LACY DAVIS, III, Plaintiff,
Fed. Reg. #17348-016
FCI-Fairton-Satellite Camp
P.O. Box 420
Fairton, New Jersey 08320

07 0201

v.                                              Civil Action No._____

FEDERAL BUREAU OF PRISONS
320 First Street, N.W.,
Washington, D.C. 20534,

And,

HARLEY LAPPIN, DIRECTOR
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

MOTION REQUESTING LEAVE TO FILE A
ADMINISTRATIVE PROCEDURE ACT COMP-
LAINT EXCEEDING THIRTY (30) PAGES.

**COMES NOW,** Plaintiff Lacy Davis, III, acting pro se, and hereby respectfully request this Honorable Court to grant his request to submit a Administrative Procedure Act Complaint

RECEIVED
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

in excess of thirty (30) pages, but no more than **40** pages. In support of this motion, Plaintiff avers to the following:

On December 27, 2006, Plaintiff made a request to the institutional law department here at Fairton prison for information concerning any page limitations for filing civil complaintis in the United States District Court for the District of Columbia.

On December 29, 2006, the law librarian here at Fairton informed Plaintiff that she was unable to answer the request due to the institution lacking the local rules for the D.C. Circuit.

Plaintiff now request to have his complaint liberally construed under <u>Haines v. Kerner</u>, 404 U.S. 519, 520-21 (1972), and allowed to file his complaint in it's entirety.

<u>CONCLUSION</u>

The United States District Court should allow Plaintiff to file his complaint under the Administrative Procedure Act exceeding 30 pages in the interests of justice.

<u>RELIEF SOUGHT</u>

1).    Plaintiff pray's that the District Court For the

District of Columbia, would liberally construe his COMPLAINT by granting this motion to ENLARGE any page limits.

                                  Respectfully Submitted,

                      On this 11th Day of Jan., 2007.

                                LACY DAVIS, III, Pro Se
                                Fed. Reg. No. #17348-016

## CERTIFICATE OF SERVICE

This is to certify pursuant to Title 28 U.S.C. § 1746, that I have on this __11th__ day of January 2007, served a copy of the foregoing upon the below-listed party by placing the same in the FCI Fairton Satellite Camp institution prison mail box, addressed as follows:

Federal Bureau of Prisons  
320 First Street, N.W.  
Washington, D.C. 20534

Harley G. Lappin, Director  
Federal Bureau of Prisons  
320 First Street  
Washington, D.C. 20534

Lacy Davis, III, #17348-016  
Plaintiff, Pro se.

-4-