UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LACY DAVIS, III, <br><br> Plaintiff <br><br> v. <br><br> BUREAU OF PRISONS, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-0201 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Federal Bureau of Prisons ("BOP") respectfully moves for an enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. According to PACER, Defendant's response is currently due on April 23, 2007. Defendant respectfully requests an enlargement of time until May 29, 2007, to file an answer or otherwise respond to the complaint. In support of this request, Defendant states as follows:

1. On April 18, 2007, the BOP contacted the United States Attorney's Office and apprised the office of this complaint. Prior to this contact, the United States Attorney's Office was not aware of this complaint.

2. The United States Attorney's Office has never been served with a copy of this complaint. Upon investigation, it was discovered that on February 21, 2007, the United States Marshals Service incorrectly served the BOP with the summons and complaint intended for the United States Attorney. Martin Hill, an Assistant General

      Counsel with the BOP, inadvertently accepted service. Neither Mr. Hill nor the BOP have the authority to accept service on behalf of the United States Attorney..

3. Under these circumstances, Defendant will not insist that Plaintiff properly effect service upon the United States Attorney and advises that it is willing to forego formal service.

4. Because the complaint has only recently been received by the United States Attorney's Office and because BOP Agency counsel is still in the process of collecting information and documentation necessary for the Defendant's response to this complaint, Defendant respectfully requests that the due date for Defendant's response be set on May 29, 2007.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

    Respectfully submitted,

    _____/s/_____
    JEFFREY A. TAYLOR, D.C. BAR # 498610
    United States Attorney

    _____/s/_____
    RUDOLPH CONTRERAS, D.C. BAR # 434122
    Assistant United States Attorney

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

\_\_\_\_\_/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

      **LACY DAVIS, III**
      Federal Correctional Institution Fairton-Satellite Camp
      P.O. Box 420
      Fairton, NJ 08320

on this 19th day of April, 2007.

                                    _____/s/_____
                                    QUAN K. LUONG
                                    Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LACY DAVIS, III,

    Plaintiff

v.   Civil Action No. 07-0201 (RMC)

BUREAU OF PRISONS, et al.

    Defendants.

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before May 29, 2007.

_____
UNITED STATES DISTRICT JUDGE