UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――――― )
                                              )
LACY DAVIS, III,                              )
                                              )
                  Plaintiff                   )
                                              )
                                              )  Civil Action No. 07-0201 (RMC)
            v.                                )
                                              )
BUREAU OF PRISONS, et al.                     )
                                              )
                  Defendants.                 )
―――――――――――――――――――――――― )

**DEFENDANT'S SECOND MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Federal Bureau of Prisons ("BOP") respectfully moves for a second enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure.  Defendant's response is currently due May 29, 2007. Defendant respectfully requests a brief enlargement of time until June 18, 2007 to file an answer or otherwise respond to the complaint.  In support of this request, Defendant states as follows:

(1) Agency counsel has recently experienced some medical issues and has been out of the office at various times these last two weeks;

(2) Due to her medical issues, her absences, and the press of other work, Agency counsel is still in the process of collecting information and coordinating with the undersigned counsel to provide the information necessary to respond to this complaint;

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

_____

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with <u>pro se</u> parties.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

---

Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendant's Second Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

> **LACY DAVIS, III**
> Federal Correctional Institution Fairton-Satellite Camp
> P.O. Box 420
> Fairton, NJ 08320

on this 29th day of May, 2007.

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
LACY DAVIS, III,                                      )
                                                      )
                        Plaintiff                     )
                                                      )
                                                      ) Civil Action No. 07-0201 (RMC)
              v.                                      )
                                                      )
BUREAU OF PRISONS, et al.                             )
                                                      )
                        Defendants.                   )
_____)

**ORDER**

UPON CONSIDERATION of the Defendant's Second Motion for Enlargement of Time,

support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court

this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or

before June 18, 2007.


                                    _____
                                    UNITED STATES DISTRICT JUDGE