## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served, this 18th day of June, 2007, by United States mail, first class postage paid, addressed to:

**LACY DAVIS, III**
Federal Correctional Institution Fairton-Satellite Camp
P.O. Box 420
Fairton, NJ 08320


___/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)