UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LACY DAVIS, III, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 07-201 (RMC) |
| | ) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**ORDER**

Defendants have filed a motion to dismiss or transfer the case. Plaintiff is proceeding *pro se*. The Court will rule on Defendants' motion taking into consideration the facts proffered by Plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

ORDERED that Plaintiff shall respond to Defendants' motion to dismiss or transfer by **July 19, 2007**. If Plaintiff does not respond by that date, the Court may treat the motion as conceded and dismiss or transfer the case.

                                                                                                 /s/
                                                       ROSEMARY M. COLLYER
                                                       United States District Judge

DATE: June 18, 2007