IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LACY DAVIS, III

              **Plaintiff,**

    v.                                      Civil Action No. 07-0201 (RMC)

FEDERAL BUREAU OF PRISONS, et al.,

              **Defendants.**

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO ALTER OR AMEND JUDGMENT**

Plaintiff claims that the judgment should be altered or amended because the Court did not address the authority that allows the Federal Bureau of Prisons (BOP) to consider only BOP facilities when considering placement in a residential drug treatment program.[1]  As previously stated in Defendant's motion to dismiss, the Administrative Procedure Act (APA) precludes judicial review of prison placements, and therefore, Plaintiff's motion to alter or amend judgment should be denied.

The executive branch, and not the judicial branch, has the authority to administer the federal prison system, 18 U.S.C. § 4001; 18 U.S.C. § 3621, and the Attorney General has delegated this authority to the BOP.  28 C.F.R. § 0.96.  This delegation includes placement in residential substance abuse treatment programs. 18 U.S.C. § 3621(e).   Section 3625 expressly stipulates that the APA "does not apply to the making of any determination, decision, or order under this subchapter." See Richmond v. Scibana, 387 F.3d 602, 605 (7th Cir. 2004)("A placement decision itself is not open to challenge under the APA"); Fristoe v. Thompson, 144 F.3d 627, 630-631 (10th Cir. 1998) (noting

---

[1] The Court in a Memorandum Opinion dismissed Plaintiff's civil action on October 23, 2007.

that § 3625 precludes review of the BOP's substantive decision in an individual case); Landry v. Hawk-Sawyer, 123 F.Supp.2d 17, 19 (D.D.C. 2000) (same). Decisions under 18 U.S.C. § 3621(e) are not subject to judicial review. See 18 U.S.C. § 3625; Cook v. Wiley, 208 F.3d 1314, 1319 (11th Cir. 2000) ("[e]ven if a prisoner is deemed statutorily eligible for the sentence reduction, the decision about whether to reduce his sentence remains solely within the discretion of the BOP"). See 18 U.S.C. § 3621(e)(2)(B) (providing that the BOP 'may' grant a sentence reduction to a prisoner who successfully completes a substance abuse treatment program). And that decision is not subject to judicial review. See 18 U.S.C. § 3625; Simmons v. U.S., 2005 WL 2219257, 2 (N.D. Tex. 2005); Carter v. Book, 1998 WL 220454, 2 (D.Kan. 1998) (Court only has jurisdiction to review whether BOP's interpretation of the statute violates the Constitution, but it does not have jurisdiction to review substantive decisions made under the statute); Martin v. Gerlinski, 133 F.3d 1076, 1079 (8th Cir. 1998) (stating that "§ 3625 precludes judicial review of agency adjudicative decisions" under 3621-3625).

Plaintiff's motion to alter and amend the judgment does not address the Court's opinion that the judicial branch does not have subject matter jurisdiction over his placement in a residential drug treatment program. As such, Plaintiff's motion should be denied.

### Conclusion

For the above stated reasons, the Plaintiff's motion to alter or amend judgment should be denied.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

Dated: November 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

LACY DAVIS, III
Federal Correctional Institution Fairton - Satellite Camp
P.O. Box 420
Fairton, New Jersey 08320


/s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LACY DAVIS, III

          **Plaintiff,**

  v.                              Civil Action No. 07-0201 (RMC)

**FEDERAL BUREAU OF PRISONS, et al.,**

          **Defendants.**

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Alter or Amend the Judgment, Defendant's Opposition, any reply by Plaintiff, and the entire record herein, it is on this ___ day of _____, 2007,

ORDERED that Plaintiff's Motion to Alter or Amend the Judgment is DENIED.


Dated:                                         _____
                                                          United States District Judge