UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LACY DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-201 (RMC) |
| ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiff's Motion to Alter or Amend [Dkt. #18] and his Motion for Leave to Amend [Dkt. #20] are **DENIED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date: February 26, 2008               _____/s/_____
                                      ROSEMARY M. COLLYER
                                      United States District Judge