IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LACY DAVIS, III, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-201(RMC) |
| ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| Defendants ) | |

NOTICE OF APPEAL FROM DENIAL OF PLAINTIFFS
MOTION TO LEAVE TO AMEND

**NOW COMES** the Plaintiff, Lacy Davis, III, acting Pro Se, and respectfully gives notice of his claim of appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum Opinion entered on February 26, 2008, denying Plaintiff's Motion to Leave to Amend[Dkt.#20].

Date: March 3, 2008

Respectfully submitted,

Lacy Davis, III, Pro Se
Plaintiff

**RECEIVED**

MAR 6 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LACY DAVIS,III,
    Plaintiff,

v.                                          Civil Action No.07-201(RMC)

FEDERAL BUREAU OF PRISONS,et al.,
    Defendants


NOTICE OF APPEAL FROM DENIAL OF PLAINTIFFS
MOTION TO ALTER OR AMEND


**NOW COMES** the Plaintiff, Lacy Davis,III, acting Pro Se, and respectfully gives notice of his claim of appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum Opinion entered on February 26, 2008, denying Plaintiff's Motion to Alter or Amend[Dkt.#18].


Date: March 3 ,2008                        Respectfully submitted,

                                                      Lacy Davis,III,Pro Se
                                                      Plaintiff

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LACY DAVIS,III,
    Plaintiff,

v.                                      Civil Action No.07-201(RMC)

FEDERAL BUREAU OF PRISONS,et al.,
    Defendants

NOTICE OF APPEAL FROM DENIAL OF PLAINTIFF'S
ADMINISTRATIVE PROCEDURE ACT COMPLAINT

**NOW COMES** the Plaintiff, Lacy Davis,III, acting Pro Se, and respectfully gives notice of his claim of appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum Opinion entered on October 23,2007, denying Plaintiff's Administrative Procedure Act Complaint, 5 U.S.C. § 701.

Date: March 3 ,2008                           Respectfully submitted,

                                                               Lacy Davis,III,Pro Se
                                                               Plaintiff