IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LACY DAVIS, III,
    Plaintiff,

v.

                              Civil Action No.07-201(RMC)
                              Appeal No. 08-5053

FEDERAL BUREAU OF PRISONS, et al.,
    Defendants.

### MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS
### Fed. R. App. P.24(a)

**NOW COMES**, the Plaintiff Lacy Davis, III, and respectfully moves, pursuant to Fed. R. App. P. 24(a), for an Order geranting leave to appeal in forma pauperis, without prepayment of costs and fees, and without giving security therefor.

    The attached affidavit is filed in support of this motion, including completed Consent to Collection of Fees and Prisoner Trust Account Report.

    Plaintiff asserts that he is entitled to relief. The issues Plaintiff will present on appeal/review are as follows:

**RECEIVED**
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 of 3

1) Did Congress leave a gap in 18 U.S.C. § 3621(e) for the Bureau of Prisons to define the term "residential substance abuse treatment" as alone meaning substance abuse treatment within federal prisons, as that interpretation expands the scope of the definition of "residential substance abuse treatment" beyond that set by Congress in 18 U.S.C. § 3621(e)(5)(A)?; 2) Whether the plain language of program statement § 5330.10 undergirds the Bureau's interpretation that a time restriction applies to eligibility determinations for residential drug abuse treatment programming?

Dated: 3-25-08

Respectfully Submitted,

Lacy Davis, III, Pro Se

## CERTIFICATE OF SERVICE

This is to certify pursuant to Title 28 U.S.C. § 1746, that I have on this 25 day of March 2008, served a copy of the foregoing upon the below-listed party by placing the same in FCI Fairton Satellite Camp institution prison mail box, addressed as follows:

| | |
|---|---|
| Federal Bureau of Prisons | Harley G. Lappin, Director |
| 320 First Street, N.W. | Federal Bureau of Prisons |
| Washington, D.C. 20534 | 320 First Street |
| | Washington, D.C. 20534 |

Lacy Davis, III, Pro Se

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LACY DAVIS,III,
    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,et al.,

Civil Action No.07-201(RMC)
Appeal No. 08-5053

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE
TO PROCEED ON APPEAL IN FORMA PAUPERIS

    I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on the attached forms are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.).

Signed: [signature]                                       Date: 3/25/08

..................................................................

    My issues on appeal are stated in my motion for leave to Appeal in forma pauperis. See Motion for Leave at page 2.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 30.00 | $ N/A | $ $27.00 | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ 300.00 | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N /A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A | $ N/A | $ N/A |
| Total monthly income: | $ 30.00 | $ N/A | $ 30.00 | $ N?A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| FBOP | FCI Fairton | 6/06 | $30.00 |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle # 1 N/A (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| | | Model: N/A |
| | | Registration #. N/A |

| Motor vehicle #2 N/A (Value) | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| Make & year N/A | N/A | N/A |
| Model N/A | | |
| Registration #: N/A | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
|   Homeowner's or renter's | $ N/A | $ N/A |
|   Life | $ N/A | $ N/A |
|   Health | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/A |
|   Other: _____ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/A |
|   Credit card (name): _____ | $ N/A | $ N/A |
|   Department store (name): _____ | $ N/A | $ N/A |
|   Other: _____ | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A |
| Total monthly expenses: | $ N/A | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes   [x] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [x] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [x] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.


13. State the address of your legal residence.
   FCI FAirton Camp
   P.O. BOX 420
   Fairton, New Jersey 08320

Your daytime phone number: (____) __N/A__
Your age: __36__    Your years of schooling: __11__
Your social-security number: __21392-1164__

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

## PRISONER TRUST ACCOUNT REPORT

Name: Lacy Davis, III, Federal Registration #: 17348-016

**TO:** Trust Officer
**FROM:** Clerk, U.S. Court of Appeals for the D.C. Circuit
**RE:** No. 08-5053

Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action, or appeal a civil judgment, in forma pauperis must obtain from the Trust Officer of each institution in which the prisoner was confined during the six months preceding the filing of the action or appeal, a certified copy of the prisoner's trust account statement for that period. See 28 U.S.C. § 1915(a)(2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of April 14, 2008.

**DATE OF FILING NOTICE OF APPEAL:**    March 6, 2008

**Balance at time of filing:**    $400.74

**AVERAGE MONTHLY DEPOSITS during the six months prior to filing:**    $592.27

**AVERAGE MONTHLY BALANCE during the six months prior to filing:**    $290.00

I certify under penalty of perjury that the above information accurately states the deposits and balances in the prisoner's trust account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: 3/25/08

AUTHORIZED SIGNATURE: William K. Thaler

TITLE: CORRECTIONAL COUNSELOR

[USCADC Form 53a(Rev.Jan1997Jan2003)]

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 17318016 | Current Institution: Fairton FCI |
| Inmate Name: | DAVIS, LACY | Housing Unit: FAI-L-A |
| Report Date: | 03/03/2008 | Living Quarters: L01-035L |
| Report Time: | 1:27:57 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FAI | 3/1/2008 5:22:13 AM | 70103001 | | | Lockbox - CD | $250.00 | | $746.17 |
| FAI | 2/29/2008 7:03:33 PM | TFN0229 | | | Phone Withdrawal | ($10.00) | | $496.17 |
| FAI | 2/28/2008 8:53:05 AM | 18 | | | Sales | ($15.00) | | $506.17 |
| FAI | 2/27/2008 2:20:52 PM | 4 | | | Sales | ($40.40) | | $521.17 |
| FAI | 2/26/2008 7:45:55 PM | TFN0226 | | | Phone Withdrawal | ($10.00) | | $561.57 |
| FAI | 2/26/2008 5:21:41 AM | 70102601 | | | Lockbox - CD | $12.85 | | $571.57 |
| FAI | 2/25/2008 7:18:41 PM | 33310608 | | | Western Union | $60.00 | | $558.72 |
| FAI | 2/25/2008 5:21:00 AM | 70102503 | | | Lockbox - CD | $30.00 | | $498.72 |
| FAI | 2/21/2008 10:52:09 PM | TFN0221 | | | Phone Withdrawal | ($4.00) | | $468.72 |
| FAI | 2/21/2008 10:01:15 PM | TFN0221 | | | Phone Withdrawal | ($6.00) | | $472.72 |
| FAI | 2/21/2008 9:25:20 AM | 59 | | | Sales | ($4.20) | | $478.72 |
| FAI | 2/20/2008 9:31:05 AM | 4 | | | Sales | ($71.88) | | $482.92 |
| FAI | 2/16/2008 9:27:11 PM | TFN0216 | | | Phone Withdrawal | ($6.00) | | $554.80 |
| FAI | 2/14/2008 5:45:00 PM | TFN0214 | | | Phone Withdrawal | ($5.00) | | $560.80 |
| FAI | 2/14/2008 8:53:25 AM | 18 | | | Sales | ($15.00) | | $565.80 |
| FAI | 2/13/2008 10:06:59 AM | 21 | | | Sales | ($70.10) | | $580.80 |
| FAI | 2/11/2008 10:01:15 PM | TFN0211 | | | Phone Withdrawal | ($7.00) | | $650.90 |
| FAI | 2/11/2008 10:17:57 AM | HIPP0108 | | | Payroll - IPP | $46.98 | | $657.90 |
| FAI | 2/11/2008 10:17:46 AM | HIPP0108 | | | Payroll - IPP | $20.04 | | $610.92 |
| FAI | 2/7/2008 8:52:03 AM | 18 | | | Sales | ($10.00) | | $590.88 |
| FAI | 2/6/2008 2:13:31 PM | TFN0206 | | | Phone Withdrawal | ($10.00) | | $600.88 |
| FAI | 2/6/2008 9:46:33 AM | 20 | | | Sales | ($43.65) | | $610.88 |
| FAI | 2/6/2008 5:18:27 AM | 70101301 | | | Lockbox - CD | $30.00 | | $654.53 |
| FAI | 2/3/2008 1:40:32 PM | TFN0203 | | | Phone Withdrawal | ($4.00) | | $624.53 |
| FAI | 2/1/2008 5:27:47 AM | 70101001 | | | Lockbox - CD | $250.00 | | $628.53 |
| FAI | 1/31/2008 1:11:55 PM | 205 | | | Sales | ($1.25) | | $378.53 |
| FAI | 1/31/2008 9:31:05 AM | 44 | | | Sales | ($10.00) | | $379.78 |
| FAI | 1/30/2008 1:33:06 PM | TFN0130 | | | Phone Withdrawal | ($10.00) | | $389.78 |
| FAI | 1/30/2008 10:23:16 AM | 53 | | | Sales | ($100.85) | | $399.78 |
| FAI | 1/29/2008 11:11:33 PM | TFN0129 | | | Phone Withdrawal | ($10.00) | | $500.63 |
| FAI | 1/26/2008 7:55:21 PM | TFN0126 | | | Phone Withdrawal | ($10.00) | | $510.63 |
| FAI | 1/24/2008 10:01:39 PM | TFN0124 | | | Phone Withdrawal | ($8.00) | | $520.63 |
| FAI | 1/24/2008 2:06:23 PM | | | 1084 | Subscriptions | ($20.00) | | $528.63 |

| | | | | | |
|---|---|---|---|---|---|
| FAI | 1/24/2008 8:44:51 AM | 11 | Sales | ($1.59) | $548.63 |
| FAI | 1/23/2008 10:08:18 AM | 27 | Sales | ($39.92) | $550.22 |
| FAI | 1/22/2008 10:47:06 AM | TFN0122 | Phone Withdrawal | ($4.00) | $590.14 |
| FAI | 1/17/2008 4:15:24 PM | TFN0117 | Phone Withdrawal | ($6.00) | $594.14 |
| FAI | 1/17/2008 1:30:54 PM | 121 | Sales | ($4.20) | $600.14 |
| FAI | 1/17/2008 8:09:21 AM | 9 | Sales | ($10.00) | $604.34 |
| FAI | 1/16/2008 10:07:16 AM | 14 | Sales | ($51.10) | $614.34 |
| FAI | 1/14/2008 11:18:03 PM | TFN0114 | Phone Withdrawal | ($5.00) | $665.44 |
| FAI | 1/12/2008 10:16:20 PM | TFN0112 | Phone Withdrawal | ($5.00) | $670.44 |
| FAI | 1/12/2008 9:57:46 PM | TFN0112 | Phone Withdrawal | ($5.00) | $675.44 |
| FAI | 1/10/2008 1:32:26 PM | 1 | Sales | ($4.20) | $680.44 |
| FAI | 1/10/2008 9:24:43 AM | TFN0110 | Phone Withdrawal | ($10.00) | $684.64 |
| FAI | 1/10/2008 8:29:22 AM | 21 | Sales | ($10.00) | $694.64 |
| FAI | 1/9/2008 4:28:32 PM | TFN0109 | Phone Withdrawal | ($10.00) | $704.64 |
| FAI | 1/9/2008 12:20:50 PM | 48 | Sales | ($23.12) | $714.64 |
| FAI | 1/9/2008 12:16:21 PM | 47 | Sales | ($43.15) | $737.76 |
| FAI | 1/8/2008 9:18:24 AM | 15 | Sales | $0.00 | $780.91 |

1 2 3 4 5

**Total Transactions: 240**

Totals: $511.79   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FAI | $733.32 | $0.00 | $0.00 | $0.00 | $0.00 | $12.85 | $0.00 | $746.17 |
| **Totals:** | **$733.32** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$12.85** | **$0.00** | **$746.17** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $2,849.19 | $2,392.35 | $544.55 | $746.17 | $570.87 | N/A | N/A |

# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 17518016 | | Current Institution: | Fairton FCI |
| Inmate Name: | DAVIS, LACY | | Housing Unit: | FAI-F-A |
| Report Date: | 03/03/2008 | | Living Quarters: | F01-035L |
| Report Time: | 1:28:13 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FAI | 1/7/2008 10:48:28 AM | HIPP1207 | | | Payroll - IPP | $46.55 | | $780.91 |
| FAI | 1/7/2008 10:48:10 AM | HIPP1207 | | | Payroll - IPP | $20.04 | | $734.36 |
| FAI | 1/5/2008 4:30:06 PM | TFN0105 | | | Phone Withdrawal | ($10.00) | | $714.32 |
| FAI | 1/3/2008 8:30:32 AM | 41 | | | Sales | ($4.20) | | $724.32 |
| FAI | 1/3/2008 8:16:46 AM | 29 | | | Sales | ($15.00) | | $728.52 |
| FAI | 1/3/2008 5:21:45 AM | 70198901 | | | Lockbox - CD | $250.00 | | $743.52 |
| FAI | 1/2/2008 12:22:51 PM | 50 | | | Sales | ($66.81) | | $493.52 |
| FAI | 1/1/2008 12:43:41 PM | TFN0101 | | | Phone Withdrawal | ($10.00) | | $560.33 |
| FAI | 12/31/2007 12:09:23 PM | TFN1231 | | | Phone Withdrawal | ($8.00) | | $570.33 |
| FAI | 12/28/2007 8:06:29 AM | 20 | | | Sales | ($15.00) | | $578.33 |
| FAI | 12/26/2007 9:08:19 PM | TFN1226 | | | Phone Withdrawal | ($2.00) | | $593.33 |
| FAI | 12/26/2007 1:57:01 PM | TFN1226 | | | Phone Withdrawal | ($1.00) | | $595.33 |
| FAI | 12/26/2007 12:37:33 PM | 60 | | | Sales | ($62.97) | | $596.33 |
| FAI | 12/25/2007 8:19:18 PM | TFN1225 | | | Phone Withdrawal | ($1.00) | | $659.30 |
| FAI | 12/22/2007 10:09:36 AM | TFN1222 | | | Phone Withdrawal | ($7.00) | | $660.30 |
| FAI | 12/19/2007 10:00:53 AM | 28 | | | Sales | ($41.25) | | $667.30 |
| FAI | 12/18/2007 10:10:59 AM | 28 | | | Sales | ($2.10) | | $708.55 |
| FAI | 12/18/2007 10:10:19 AM | 27 | | | Sales | $0.00 | | $710.65 |
| FAI | 12/15/2007 3:01:08 PM | TFN1215 | | | Phone Withdrawal | ($12.00) | | $710.65 |
| FAI | 12/13/2007 8:13:36 AM | 10 | | | Sales | ($10.00) | | $722.65 |
| FAI | 12/12/2007 12:21:19 PM | 37 | | | Sales | ($36.85) | | $732.65 |
| FAI | 12/11/2007 9:19:30 AM | 22 | | | Sales | ($5.50) | | $769.50 |
| FAI | 12/10/2007 9:30:23 AM | HIPP1107 | | | Payroll - IPP | $46.98 | | $775.00 |
| FAI | 12/10/2007 9:30:04 AM | HIPP1107 | | | Payroll - IPP | $20.04 | | $728.02 |
| FAI | 12/9/2007 12:50:49 PM | TFN1209 | | | Phone Withdrawal | ($12.00) | | $707.98 |
| FAI | 12/9/2007 11:10:16 AM | TFN1209 | | | Phone Withdrawal | ($5.00) | | $719.98 |
| FAI | 12/7/2007 1:18:23 PM | 7 | | | Sales | ($9.10) | | $724.98 |
| FAI | 12/7/2007 9:51:41 AM | TFN1207 | | | Phone Withdrawal | ($10.00) | | $734.08 |
| FAI | 12/7/2007 5:29:15 AM | 70197201 | | | Lockbox - CD | $50.00 | | $744.08 |
| FAI | 12/6/2007 8:59:23 AM | 39 | | | Sales | ($10.00) | | $694.08 |
| FAI | 12/5/2007 12:33:00 PM | 45 | | | Sales | ($92.63) | | $704.08 |
| FAI | 12/4/2007 9:36:38 AM | 22 | | | Sales | ($4.20) | | $796.71 |
| FAI | 12/4/2007 5:26:47 AM | 70196901 | | | Lockbox - CD | $300.00 | | $800.91 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FAI | 12/3/2007 1:24:41 PM | TFN1203 | | Phone Withdrawal | ($10.00) | $500.91 |
| FAI | 12/2/2007 5:37:43 PM | TFN1202 | | Phone Withdrawal | ($10.00) | $510.91 |
| FAI | 11/29/2007 7:16:37 PM | TFN1129 | | Phone Withdrawal | ($16.00) | $520.91 |
| FAI | 11/29/2007 8:12:44 AM | 17 | | Sales | ($15.00) | $536.91 |
| FAI | 11/28/2007 12:13:56 PM | 13 | | Sales | ($43.85) | $551.91 |
| FAI | 11/27/2007 10:39:30 AM | 15 | | Sales | ($4.20) | $595.76 |
| FAI | 11/22/2007 9:36:54 PM | TFN1122 | | Phone Withdrawal | ($3.00) | $599.96 |
| FAI | 11/20/2007 7:54:50 AM | 31 | | Sales | ($5.00) | $602.96 |
| FAI | 11/19/2007 12:49:35 PM | 33 | | Sales | ($19.50) | $607.96 |
| FAI | 11/19/2007 12:43:13 PM | 31 | | Sales | ($54.65) | $627.46 |
| FAI | 11/16/2007 7:16:32 PM | TFN1116 | | Phone Withdrawal | ($6.00) | $682.11 |
| FAI | 11/15/2007 8:37:58 AM | 26 | | Sales | ($10.00) | $688.11 |
| FAI | 11/14/2007 12:54:47 PM | 61 | | Sales | ($63.55) | $698.11 |
| FAI | 11/13/2007 12:19:57 PM | 26 | | Sales | ($4.40) | $761.66 |
| FAI | 11/12/2007 5:07:11 PM | TFN1112 | | Phone Withdrawal | ($9.00) | $766.06 |
| FAI | 11/10/2007 9:28:54 PM | TFN1110 | | Phone Withdrawal | ($5.00) | $775.06 |
| FAI | 11/7/2007 9:16:30 PM | TFN1107 | | Phone Withdrawal | ($9.00) | $780.06 |

1 2 3 4 5

**Total Transactions: 240**

Totals:    $511.79    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FAI | $733.32 | $0.00 | $0.00 | $0.00 | $0.00 | $12.85 | $0.00 | $746.17 |
| **Totals:** | **$733.32** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$12.85** | **$0.00** | **$746.17** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

## Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 17318016 | | Current Institution: | Fairton FCI |
| Inmate Name: | DAVIS, LACY | | Housing Unit: | FAI-F-A |
| Report Date: | 03/03/2008 | | Living Quarters: | F01-035L |
| Report Time: | 1:28:22 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FAI | 11/7/2007 12:18:17 PM | 51 | | | Sales | ($1.70) | | $789.06 |
| FAI | 11/7/2007 12:16:20 PM | 50 | | | Sales | ($30.35) | | $790.76 |
| FAI | 11/5/2007 11:13:48 AM | HIPP1007 | | | Payroll - IPP | $51.04 | | $821.11 |
| FAI | 11/5/2007 11:13:38 AM | HIPP1007 | | | Payroll - IPP | $8.40 | | $770.07 |
| FAI | 11/5/2007 11:04:01 AM | TFN1105 | | | Phone Withdrawal | ($9.00) | | $761.67 |
| FAI | 11/4/2007 10:03:55 AM | TFN1104 | | | Phone Withdrawal | ($10.00) | | $770.67 |
| FAI | 11/3/2007 9:58:56 PM | TFN1103 | | | Phone Withdrawal | ($7.00) | | $780.67 |
| FAI | 11/2/2007 12:23:42 PM | TFN1102 | | | Phone Withdrawal | ($10.00) | | $787.67 |
| FAI | 11/2/2007 5:24:59 AM | 70194901 | | | Lockbox - CD | $300.00 | | $797.67 |
| FAI | 11/1/2007 6:02:56 PM | TFN1101 | | | Phone Withdrawal | ($10.00) | | $497.67 |
| FAI | 11/1/2007 9:25:31 AM | 11 | | | Sales | ($14.00) | | $507.67 |
| FAI | 10/31/2007 12:17:44 PM | 56 | | | Sales | ($51.50) | | $521.67 |
| FAI | 10/29/2007 2:36:34 PM | 33302108 | | | Western Union | $60.00 | | $573.17 |
| FAI | 10/25/2007 8:15:23 AM | 26 | | | Sales | ($10.00) | | $513.17 |
| FAI | 10/24/2007 12:06:03 PM | 47 | | | Sales | ($55.05) | | $523.17 |
| FAI | 10/21/2007 9:54:24 PM | TFN1021 | | | Phone Withdrawal | ($15.00) | | $578.22 |
| FAI | 10/20/2007 5:23:06 AM | 70194001 | | | Lockbox - CD | $25.00 | | $593.22 |
| FAI | 10/18/2007 10:34:09 AM | 35 | | | Sales | ($15.00) | | $568.22 |
| FAI | 10/17/2007 11:59:20 AM | 21 | | | Sales | ($37.10) | | $583.22 |
| FAI | 10/13/2007 12:49:31 PM | TFN1013 | | | Phone Withdrawal | ($6.00) | | $620.32 |
| FAI | 10/11/2007 9:57:18 PM | TFN1011 | | | Phone Withdrawal | ($5.00) | | $626.32 |
| FAI | 10/11/2007 12:57:53 PM | 138 | | | Sales | ($10.00) | | $631.32 |
| FAI | 10/11/2007 12:54:54 PM | | | 154 | Bills | ($30.00) | | $641.32 |
| FAI | 10/11/2007 9:34:05 AM | 20 | | | Sales | ($79.35) | | $671.32 |
| FAI | 10/9/2007 8:42:26 PM | TFN1009 | | | Phone Withdrawal | ($7.00) | | $750.67 |
| FAI | 10/9/2007 1:34:33 PM | | | 111 | Subscriptions | ($5.00) | | $757.67 |
| FAI | 10/9/2007 1:33:56 PM | | | 110 | Gift | ($65.98) | | $762.67 |
| FAI | 10/9/2007 1:31:15 PM | | | 108 | Subscriptions | ($15.00) | | $828.65 |
| FAI | 10/9/2007 12:52:16 PM | TFN1009 | | | Phone Withdrawal | ($10.00) | | $843.65 |
| FAI | 10/9/2007 9:45:45 AM | HIPP0907 | | | Payroll - IPP | $31.32 | | $853.65 |
| FAI | 10/9/2007 9:45:33 AM | HIPP0907 | | | Payroll - IPP | $6.84 | | $822.33 |
| FAI | 10/8/2007 11:04:15 AM | TFN1008 | | | Phone Withdrawal | ($8.00) | | $815.49 |
| FAI | 10/5/2007 5:26:46 AM | 70193001 | | | Lockbox - CD | $250.00 | | $823.49 |

| Alpha Code | Date | Reference | | Transaction Type | Amount | Balance |
|---|---|---|---|---|---|---|
| FAI | 10/4/2007 8:20:28 AM | 24 | | Sales | ($20.00) | $573.49 |
| FAI | 10/3/2007 3:15:43 PM | 33300308 | | Western Union | $300.00 | $593.49 |
| FAI | 10/3/2007 2:30:17 PM | 96 | | Sales | ($9.20) | $293.49 |
| FAI | 10/3/2007 12:30:35 PM | 35 | | Sales | ($7.90) | $302.69 |
| FAI | 10/3/2007 12:12:48 PM | TFN1003 | | Phone Withdrawal | ($10.00) | $310.59 |
| FAI | 10/3/2007 11:11:56 AM | 33300308 | | Western Union | $300.00 | $320.59 |
| FAI | 10/3/2007 10:53:26 AM | TFN1003 | | Phone Withdrawal | ($5.00) | $20.59 |
| FAI | 10/2/2007 6:48:03 PM | TFN1002 | | Phone Withdrawal | ($6.00) | $25.59 |
| FAI | 10/2/2007 10:03:36 AM | TFN1002 | | Phone Withdrawal | ($6.00) | $31.59 |
| FAI | 10/1/2007 9:39:17 PM | TFN1001 | | Phone Withdrawal | ($3.00) | $37.59 |
| FAI | 10/1/2007 1:54:04 PM | TFN1001 | | Phone Withdrawal | ($3.00) | $40.59 |
| FAI | 9/20/2007 9:22:36 AM | 78 | | Sales | ($10.00) | $43.59 |
| FAI | 9/20/2007 9:07:26 AM | 32 | | Sales | ($4.40) | $53.59 |
| FAI | 9/20/2007 8:48:21 AM | | 3271 | Books | ($5.00) | $57.99 |
| FAI | 9/19/2007 1:04:11 PM | 33 | | Sales | ($3.00) | $62.99 |
| FAI | 9/19/2007 1:02:46 PM | 32 | | Sales | ($60.85) | $65.99 |
| FAI | 9/18/2007 4:56:06 PM | TFN0918 | | Phone Withdrawal | ($7.00) | $126.84 |

1 2 3 4 5

Total Transactions: 240

Totals: $511.79  $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FAI | $733.32 | $0.00 | $0.00 | $0.00 | $0.00 | $12.85 | $0.00 | $746.17 |
| **Totals:** | **$733.32** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$12.85** | **$0.00** | **$746.17** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

USCA NO. 08-5053

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Lacy Davis, III, Fed Reg #17348-016, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the Clerk, U.S. District Court for the District of Columbia an initial payment of 20% of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court for the District of Columbia, until such time as the $455.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

_____
SIGNATURE OF PRISONER

[USCADC Form 53a (Rev. Jan 1997 Jan 2006)]