IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LACY DAVIS,III,
    Plaintiff,

                                  Civil Action No.07-201(RMC)
                                  Appeal No. 08-5053

v.

FEDERAL BUREAU OF PRISONS,et al.,
    Defendants.

## MOTION FOR APPOINTMENT OF COUNSEL

       **NOW COMES**, the Plaintiff Lacy Davis,III, and respectfully moves this Honorable Court for an Order appointing A.J. Kramer, Esquire, the Federal Public Defender, whose address is 625 Indiana Avenue,N.W.,Suite 550, Washington, D.C. 20004 as Plaintiff-Appellant's counsel on appeal.

      In support thereof, this Court is respectfully referred to the letter of A.J. Kramer, Esquire attached hereto. Plaintiff contacted the Federal Public Defender A.J. Kramer informing him of my lack of legal expertise to litigate my appeal effectively.

**RECEIVED**

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 of 3

The statutory questions that Plaintiff intend to raise on appeal are matters of great importance of those in Congress who wish to reduce recidivism by providing substance abuse treatment for non violent prisoners(in non federal treament facilities). Plaintiff lack the resources and legal expertise to present this issue to the court of appeals.

The attorney A.J. Kramer is willing to represent me in the appeals court if the Court grants this motion.

Respectfully Submitted,

Dated: 3-25-08

Lacy Davis, III,

I declare under the penalty of perjury that the foregoing is true and correct to the best of my ability under 28 U.S.C. § 1746.

Signature _____    Dated: 3-25-08

## Certificate of Service

This is to certify pursuant to Title 28 U.S.C. § 1746, that I have on this 25 Day of March, 2008, served a copy of the foregoing Motion for Appointment of Counsel upon the below-listed party by placing the same in the FCI Fairton Satellite Camp Institution prison legal mail box system, addressed as follows:

Federal Bureau of Prisons  
320 First Street, N.W.  
Washington, DC 20534

Harley G. Lappin, Director  
Federal Bureau of Prisons  
320 First Street  
Washington, DC 20534

_____  
Lacy Davis, III, Pro Se

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

March 5, 2008

Lacy Davis
Reg. No. 17348-016
F.C.I. Fairton Camp
P.O. Box 420
Fairton, NJ   08320

Dear Mr. Davis,

   I have received your letter about your appeal. Our office can only represent you if we are appointed by the Court of Appeals to do so. You should write to the Court of Appeals and ask that it appoint counsel for you on appeal. If it grants your motion and appoints our office, then we would be able to represent you.

Very truly yours,

A. J. Kramer
Federal Public Defender