UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LACY DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-201 (RMC) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | D.C. Cir. No. 08-5053 |
| ) | |
| Defendant. ) | |

### ORDER

Having considered Plaintiff's application to proceed on appeal *in forma pauperis* and supporting documents, it is hereby

**ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* on appeal is **GRANTED**.

**SO ORDERED.**

Date: April 2, 2008

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge