IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LACY DAVIS, III,
    Plaintiff,

v.

                              Civil Action No. 07-201(RMC)
                              Appeal No. 08-5053

FEDERAL BUREAU OF PRISONS, et al.,
    Defendants.


## MOTION TO AMEND MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

    **NOW COMES**, the Plaintiff Lacy Davis, III, and respectfully moves, for an Order granting this Motion to Amend his Motion For Leave to Appeal in Forma Pauperis (filed on March 25, 2008).

    In Plaintiff's Motion for Leave to Appeal in Forma Pauperis he claimed that he is entitled to relief. See Plaintiff's Mot. For Leave to App. in Forma Pauperis at pages 1-2.

    Plaintiff now wish to amend the issues he will present on appeal/review. The new issues are as follows: 1) Did the District Court Commit error when exercising its scope of review under Title 5 U.S.C. §§ 706 and 706(2)(C), by <u>first</u> resorting to the legislative history of 18 U.S.C. § 3621, before analyzing the

-1-

RECEIVED
APR 9 – 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

plain language of that statute, wherein Congress has directly spoken to the precise question at issue by defining the term "residential substance abuse treatment" ?; and 2) Did the District Court commit error when exercising its scope of review under Title 5 U.S.C. §§ 706 and 706(2)(C) by <u>first</u> defering to the BOP's theory that a time ristriction applies to eligibilty determinations under § 5330.10(Chapter 2, Section 2.3.1), before analyzing the plain langauge of that program statement, which flatly contradicts the BOP's theory?

    Plaintiff request that this motion be construed in the light of <u>Haines v. Kerner</u>, 404 U.S. 519, 520-21(1972), and that the Court grant this motion in the interest of justice.

Respectfully Submitted,

On this 6th Day of April, 2008,

CERTIFCATE OF SERVICE

This is to certify pursuant to Title 28 U.S.C. § 1746, that I have on this  6th Day of April, 2008 served a copy of the foregoing upon the below-listed party by placing the same in the FCI Fairton Camp institution prison mail box, addressed as follows:

Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC  20534

Harley G. Lappin, Director
Federal Bureau of Prisons
320 First Street
Washington, DC 20534

Lacy Davis, III, Pro Se